UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-00042 RHK/AJB

BORIS RUSAKOV,                          )
                                        )
                    Plaintiff,          )
                                        )
              v.                        )
                                        )
MICHAEL CHERTOFF, et al.                )
                                        )
                    Defendants.         )

**ORDER**

The relief requested in the complaint now on file having been granted by defendants, and the defendants having moved the Court for its order dismissing the matter as moot;

The Court having duly considered the matter,

IT IS HEREBY ORDERED:

That the above-entitled action shall be and hereby is dismissed as moot, with prejudice and on the merits thereof, without costs to either party.

Dated:    3/22/07    s/Richard H. Kyle
                     Richard H. Kyle
                     United States District Court Senior Judge
                     180 East Fifth Street, Suite 760
                     St. Paul, MN 55101